UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| THOMAS McCULLEN,<br><br>    Plaintiff,<br><br> v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:13-cv-00018-BLW<br><br>**ORDER** |

  In the Court's earlier Memorandum Decision and Order, the Court explained that Plaintiff must pay the filing fee on or before May 24, 2013 or this case would be dismissed. Plaintiff did not pay the filing fee. Accordingly, the case will be dismissed.

### ORDER

**IT IS ORDERED:**

1.  Pursuant to this Court's Order (Dkt. 11), this case shall be dismissed in its entirety. The Court will enter a separate Judgment in accordance with Federal Rule of Civil Procedure 58.

            DATED: **May 28, 2013**

            _____
            B. LYNN WINMILL
            Chief U.S. District Court Judge

**ORDER - 1**