UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| THOMAS McCULLEN,<br><br>    Plaintiff,<br><br> v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:13-cv-00018-BLW<br><br>**JUDGMENT** |

Pursuant to the Order entered concurrently herewith,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that this case be dismissed in its entirety.

DATED:  **May 28, 2013**

_____
B. LYNN WINMILL
Chief U.S. District Court Judge

JUDGMENT - 1